UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-2 FRANK RICHARDSON,

    Defendant.

_____/

Case No. 10-cr-20397/11-cr-20444

HON. MARK A. GOLDSMITH

## ORDER SETTING BRIEFING DEADLINE FOR DEFENDANT'S REPLY BRIEF (Case No. 11-cr-20444, Dkt. 174); (Case No. 10-cr-20397, Dkt. 474)

On January 28, 2025, the Court received a letter from Defendant Frank Richardson. (Case No. 11-cr-20444, Dkt. 174); (Case No. 10-cr-20397, Dkt. 474). In it, he explains that the prison where he is confined, McCreary United States Penitentiary, was on lockdown and modified lockdown on or after December 16, 2024. This is the same date that Defendant received the United States' supplemental response in opposition to Defendant's motion for compassionate release. Defendant did not have access to the law library, copy machine, or other resources to respond to the Government's supplemental response in opposition at that time due to the lockdown. Therefore, he requests an additional 30 days "after this Honorable Court receive [sic] this letter and Memo showing up and until 1-15-25." (See Case No. 11-cr-20444, Dkt. 174, PageID.1001).

The Court grants Defendant's request. Mr. Richardson may file a reply brief on or before March 31, 2025.[1]

SO ORDERED.

---

[1] In the meantime, on January 3, 2025, the Court granted the Government's motion to stay a ruling on Defendant's motion for compassionate release, pending the outcome of two appeals pending in the Sixth Circuit Court of Appeals that may have bearing on this case. (See Case No. 11-cr-20444, Dkt.173, PageID.998). That stay remains in effect.

Dated: February 26, 2025           s/Mark A. Goldsmith
Detroit, Michigan                 MARK A. GOLDSMITH
                                          United States District Judge